## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ELIER BERMUDEZ, Individually and On
Behalf of All Others Similarly Situated,

                  Plaintiff,

v.

INC RESEARCH HOLDINGS, INC.,
MICHAEL A. BELL, ALISTAIR
MACDONALD, MICHAEL GIBERTINI,
and GREGORY S. RUSH,

                  Defendants.

Case No.: 1:17-cv-09457-PGG

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/3/18_

**NOTICE IS HEREBY GIVEN** that, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elier Bermudez hereby voluntarily dismisses his action, without prejudice, and as to all defendants.

Dated: March 30, 2018                          Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lesley F. Portnoy (LP-1941)
230 Park Ave., Suite 530
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lportnoy@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**HOLZER & HOLZER, LLC**
Corey D. Holzer
Marshall P. Dees
1200 Ashwood Parkway, Suite 410
Atlanta. GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorneys for Plaintiff*

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.